%JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**    **Category No.** II    **Investigating Agency** ATF/HSI

**City** Boston    **Related Case Information:**

**County** Plymouth

Superseding Ind./ Inf. _____ Case No. 19-MJ-6290-MPK
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number
Search Warrant Case Number  19-MJ-6142,6143,6242,6243-MPK
R 20/R 40 from District of _____

### Defendant Information:

**Defendant Name** Marcio Costa    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name** "Marcino"

**Address** (City & State) Malden, MA

**Birth date (Yr only):** 1990   **SSN (last4#):** 5189   **Sex** M   **Race:** White   **Nationality:** _____

**Defense Counsel if known:** _____    **Address** _____

**Bar Number** _____

### U.S. Attorney Information:

**AUSA** Michael Crowley    Bar Number if applicable _____

**Interpreter:** ☑ Yes ☐ No    List language and/or dialect: Portuguese

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

### Location Status:

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint ☐ Information ☐ Indictment

**Total # of Counts:** ☐ Petty ☐ Misdemeanor ☑ Felony

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** April 24, 2019    **Signature of AUSA:** _/s/_

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): 19-MJ-6290-MPK

**Name of Defendant** Marcio Costa

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1962(d) | RICO Conspiracy | |
| Set 2 | 18 U.S.C. § 1951 | Conspiracy to Commit Robbery | |
| Set 3 | 21 U.S.C. § 846 | Conspiracy to Distribute Controlled Substances | |
| Set 4 | 18 U.S.C. § 922(a)(1)(A) | Dealing in Firearms Without a License | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

≤JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

## Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

| | | |
|---|---|---|
| **Place of Offense:** | **Category No.** II | **Investigating Agency** ATF/HSI |
| **City** Boston | **Related Case Information:** | |
| **County** Plymouth | Superseding Ind./ Inf. _____  **Case No.** 19-MJ-6290-MPK | |
| | Same Defendant _____  New Defendant _____ | |
| | Magistrate Judge Case Number | |
| | Search Warrant Case Number  19-6142,6143,6242,6243- MPK | |
| | R 20/R 40 from District of _____ | |

**Defendant Information:**

Defendant Name: Joao Pedro Marques Guimares Gama   Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: "Bahianinho"

Address: (City & State) Malden, MA

Birth date (Yr only): 1998   SSN (last4#): _____   Sex: M   Race: White   Nationality: _____

Defense Counsel if known: _____   Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA: Michael Crowley   Bar Number if applicable: _____

Interpreter: ☑ Yes ☐ No   List language and/or dialect: Portuguese

Victims: ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

Matter to be SEALED: ☑ Yes ☐ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial

☐ On Pretrial Release: Ordered by: _____ on _____

Charging Document: ☑ Complaint   ☐ Information   ☐ Indictment

Total # of Counts: ☐ Petty   ☐ Misdemeanor   ☑ Felony _____

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: April 24, 2019   Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): 19-MJ-6290-MPK

**Name of Defendant**  Joao Pedro Marques Guimares Gama a/k/a "Bahianinho"

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1962(d) | RICO Conspiracy | |
| Set 2 | 18 U.S.C. § 1951 | Conspiracy to Commit Robbery | |
| Set 3 | 21 U.S.C. § 846 | Conspiracy to Distribute Controlled Substances | |
| Set 4 | 18 U.S.C. § 922(a)(1)(A) | Dealing in Firearms Without a License | |
| Set 5 | 18 USC § 922(g)(5) | Alien in Possession of a Firearm | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

₰JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**     **Category No.** II     **Investigating Agency** ATF/HSI

**City** Boston     **Related Case Information:**

**County** Plymouth

Superseding Ind./ Inf. _____ Case No. 19-MJ-6290-MPK
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number 19-MJ-6142,6143,6242,6243-MPK
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Breno Henrique DaSilva     Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) Somerville, MA

Birth date (Yr only): 1998   SSN (last4#): _____   Sex M   Race: White   Nationality: _____

**Defense Counsel if known:** _____   Address: _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** Michael Crowley     Bar Number if applicable _____

**Interpreter:** ☑ Yes ☐ No     List language and/or dialect: Portuguese

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:** ☐ Petty   ☐ Misdemeanor   ☑ Felony

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: April 24, 2019     Signature of AUSA: _[signature]_

**District Court Case Number**   (To be filled in by deputy clerk):   19-MJ-6290-MPK

**Name of Defendant**    Breno Henrique DaSilva

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1962(d) | RICO Conspiracy | |
| Set 2 | 18 U.S.C. § 1951 | Conspiracy to Commit Robbery | |
| Set 3 | 21 U.S.C. § 846 | Conspiracy to Distribute Controlled Substances | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**   Category No. __II__   Investigating Agency __ATF/HSI__

**City**   __Boston__   Related Case Information:

**County**   __Plymouth__
Superseding Ind./ Inf. _____   Case No. __19-MJ-6290-MPK__
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number __19-MJ-6142,6143,6242,6243-MPK__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   __Edson DaSilva__   Juvenile:   ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name _____

Address   (City & State) __Whitman, MA__

Birth date (Yr only): __2000__   SSN (last4#): _____   Sex __M__   Race: __White__   Nationality: _____

**Defense Counsel if known:** _____   Address _____

**Bar Number** _____

**U.S. Attorney Information:**

AUSA   __Michael Crowley__   Bar Number if applicable _____

Interpreter:   ☑ Yes  ☐ No   List language and/or dialect:   __Portuguese__

Victims:   ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes  ☑ No

Matter to be SEALED:   ☑ Yes  ☐ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____
☑ Already in State Custody at _____   ☐ Serving Sentence   ☑ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____   on _____

**Charging Document:**   ☑ Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:**   ☐ Petty   ☐ Misdemeanor   ☑ Felony

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __April 24, 2019__   Signature of AUSA: _[signature]_

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk):  19-MJ-6290-MPK

**Name of Defendant**  Edson DaSilva

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1962(d) | RICO Conspiracy | |
| Set 2 | 18 U.S.C. § 1951 | Robbery in violation of the Hobbs Act | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

℅JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | | **U.S. District Court - District of Massachusetts** |
|---|---|---|

**Place of Offense:**        **Category No.** II        **Investigating Agency** ATF/HSI

**City** Boston        **Related Case Information:**

**County** Plymouth

Superseding Ind./ Inf. _____   Case No. 19-MJ-6290-MPK
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number   19-MJ-6142,6143,6242,6243-MPK
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** Igor Costa        Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes ☑ No

**Alias Name** _____

**Address** (City & State) Framingham, MA

**Birth date (Yr only):** 1998   **SSN (last4#):** 8240   **Sex** M   **Race:** White   **Nationality:** _____

**Defense Counsel if known:** _____        **Address** _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** Michael Crowley        **Bar Number if applicable** _____

**Interpreter:** ☐ Yes ☑ No        List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes ☑ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____
☑ Already in State Custody at _____   ☐ Serving Sentence   ☑ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☑ Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:**   ☐ Petty   ☐ Misdemeanor   ☑ Felony

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** April 24, 26 19        **Signature of AUSA:** /s/ MC

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): 19-MJ-6290-MPK

**Name of Defendant**   Igor Costa

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1962(d) | RICO Conspiracy | |
| Set 2 | 18 U.S.C. § 1951 | Robbery in violation of the Hobbs Act | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

## Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

**Place of Offense:**    **Category No.** II    **Investigating Agency** ATF/HSI

**City** Boston

**County** Plymouth

**Related Case Information:**
- Superseding Ind./Inf. _____ Case No. 19-MJ-6290-MPK
- Same Defendant _____ New Defendant _____
- Magistrate Judge Case Number
- Search Warrant Case Number 19-MJ-6142,6143,6242,6243-MPK
- R 20/R 40 from District of _____

### Defendant Information:

**Defendant Name** Vinicius Goncalves de Assis    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name** _____

**Address** (City & State) _____

**Birth date (Yr only):** 1997    **SSN (last4#):** _____    **Sex** M    **Race:** White    **Nationality:** _____

**Defense Counsel if known:** _____    **Address** _____

**Bar Number** _____

### U.S. Attorney Information:

**AUSA** Michael Crowley    **Bar Number if applicable** _____

**Interpreter:** ☑ Yes ☐ No    List language and/or dialect: Portuguese

**Victims:** ☑ Yes ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

### Location Status:

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____.
☑ Already in State Custody at _____ ☐ Serving Sentence ☑ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ☑ Felony

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** April 24, 2019    **Signature of AUSA:** _(signed)_

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk):    19-MJ-6290-MPK

**Name of Defendant**    Vinicius Goncalves de Assis

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1962(d) | RICO Conspiracy | |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

%JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**      **U.S. District Court - District of Massachusetts**

**Place of Offense:**     Category No. **II**     **Investigating Agency** **ATF/HSI**

City **Boston**

County **Plymouth**

**Related Case Information:**
Superseding Ind./ Inf. _____ Case No. **19-MJ-6290-MPK**
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number **19-MJ-6142,6143,6242,6243-MPK**
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: **Alvaro Dos Santos Melo**    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) **Everett, MA**

Birth date (Yr only): **1996**   SSN (last4#): _____   Sex **M**   Race: **White**   Nationality: _____

Defense Counsel if known: _____   Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA **Michael Crowley**    Bar Number if applicable _____

Interpreter: ☑ Yes ☐ No    List language and/or dialect: **Portuguese**

Victims: ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

Matter to be SEALED: ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

Charging Document: ☑ Complaint   ☐ Information   ☐ Indictment

Total # of Counts: ☐ Petty   ☐ Misdemeanor   ☑ Felony _____

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: **April 24, 2019**    Signature of AUSA: _(signed)_

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): 19-MJ-6290-MPK

**Name of Defendant**   Alvaro Dos Santos Melo

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1962(d) | RICO Conspiracy | |
| Set 2 | 18 U.S.C. § 1951 | Conspiracy to Commit Robbery | |
| Set 3 | 21 U.S.C. § 846 | Conspiracy to Distribute Controlled Substances | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**