AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>Marcio Costa a/k/a "Marcino"<br><br><br>*Defendant* | )<br>)  Case No.  19-MJ-6290-MPK<br>)<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  Marcio Costa                                                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

RICO Conspiracy in violation of 18 U.S.C. § 1962(d)
Conspiracy to Commit Robbery in violation of the Hobbs Act, 18 U.S.C. § 1951
Conspiracy to Distribute Controlled Substances in violation of 21 U.S.C. § 846
Dealing in Firearms Without a License in violation of 18 U.S.C. § 922(a)(1)(A)

Date:  4/24/19

_____
*Issuing officer's signature*

City and state:  Boston, MA

M. Page Kelley, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____
_____
*Arresting officer's signature*

_____
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) |
|---|---|
| v. | ) |
| Joao Pedro Marques Guimares Gama a/k/a "Bahianinho" | ) Case No. 19-MJ-6290-MPK |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Joao Pedro Marques Guimares Gama a/k/a "Bahianinho",
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

RICO Conspiracy in violation of 18 U.S.C. § 1962(d)
Conspiracy to Commit Robbery in violation of the Hobbs Act, 18 U.S.C. § 1951
Conspiracy to Distribute Controlled Substances in violation of 21 U.S.C. § 846
Dealing in firearms without a license in violation of 18 U.S.C. § 922(a)(1)(A)
Alien in possession of a firearm in violation of 18 U.S.C. § 922(g)(5)

Date: 4/24/19

*Issuing officer's signature*

City and state: Boston, MA     M. Page Kelley, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

_____
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) |
|---|---|
| v. | ) |
| Breno Henrique DaSilva | ) Case No. 19-MJ-6290-MPK |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Breno Henrique DaSilva                                                   ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

   RICO Conspiracy in violation of 18 U.S.C. § 1962(d)
   Conspiracy to Commit Robbery in violation of the Hobbs Act, 18 U.S.C. § 1951
   Conspiracy to Distribute Controlled Substances in violation of 21 U.S.C. § 846

Date: 4/24/19

City and state:   Boston, MA

_____
*Issuing officer's signature*

M. Page Kelley - U.S. Magistrate Judge
*Printed name and title*

### Return

| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ |
| at *(city and state)* _____ . |

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Alvaro Dos Santos Melo | ) | Case No.  19-MJ-6290-MPK |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Alvaro Dos Santos Melo,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

RICO Conspiracy in violation of 18 U.S.C. § 1962(d)
Conspiracy to Commit Robbery in violation of the Hobbs Act, 18 U.S.C. § 1951
Conspiracy to Distribute Controlled Substances in violation of 21 U.S.C. § 846

Date: 4/24/19

*Issuing officer's signature*

City and state: Boston, MA

M. Page Kelley, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 19-MJ-6290-MPK |
| Edson DaSilva | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Edson DaSilva ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

RICO Conspiracy in violation of 18 U.S.C. § 1962(d)
Robbery in violation of the Hobbs Act, 18 U.S.C. § 1951

Date: 4/24/19

City and state: Boston, MA

*Issuing officer's signature*

M. Page Kelley, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____ and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

*Arresting officer's signature*

*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Igor Costa | ) | Case No. 19-MJ-6290-MPK |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Igor Costa                                                                                                                                   ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

RICO Conspiracy in violation of 18 U.S.C. § 1962(d)
Robbery in violation of the Hobbs Act, 18 U.S.C. § 1951

Date: 4/24/19

*Issuing officer's signature*

City and state: Boston, MA

M. Page Kelley, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) |
|---|---|
| v. | ) |
| Vinicius Goncalves de Assis | ) Case No. 19-MJ-6290-MPK |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Vinicius Goncalves de Assis,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

RICO Conspiracy in violation of 18 U.S.C. § 1962(d)

Date: 4/24/19

City and state:   Boston, MA

*Issuing officer's signature*

M. Page Kelley, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*