*1086868*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Joao Pedro Marques Guimares Gama a/k/a "Bahianinho" | ) | Case No.  19-MJ-6290-MPK |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

SEALED

RECEIVED
U.S. MARSHALS SERVICE
BOSTON, MA
2019 APR 24 P 1:13

## ARREST WARRANT

To:  Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Joao Pedro Marques Guimares Gama a/k/a "Bahianinho"                         ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment    ❏ Superseding Indictment    ❏ Information    ❏ Superseding Information    ☑ Complaint
❏ Probation Violation Petition    ❏ Supervised Release Violation Petition    ❏ Violation Notice    ❏ Order of the Court

This offense is briefly described as follows:

RICO Conspiracy in violation of 18 U.S.C. § 1962(d)
Conspiracy to Commit Robbery in violation of the Hobbs Act, 18 U.S.C. § 1951
Conspiracy to Distribute Controlled Substances in violation of 21 U.S.C. § 846
Dealing in firearms without a license in violation of 18 U.S.C. § 922(a)(1)(A)
Alien in possession of a firearm in violation of 18 U.S.C. § 922(g)(5)

FILED IN CLERKS OFFICE
U.S. DISTRICT COURT
DISTRICT OF MASS.
2019 MAY -2 PM 1:49

Date:  4/24/19

*Issuing officer's signature*

City and state:  Boston, MA        M. Page Kelley, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

WARRANT EXECUTED BY KMF
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 4/25/19

*Arresting officer's signature*

*Printed name and title*